CV6-380.TEGA 

 TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00380-CV

Tega, Inc., Appellant

v.

Thom Farrell, Trustee, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 9510475, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A). 

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Joint Motion

Filed: January 16, 1997

Do Not Publish